**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7228**

_____

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

PRISON HEALTH SERVICES, INCORPORATED; WARDEN
WATERS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Edward S. Northrop, Senior District Judge.
(CA-95-807-N)

_____

Submitted: January 18, 1996        Decided: February 1, 1996

_____

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Guy Lancaster Richmond, Appellant Pro Se. Joseph Barry Chazen,
MEYERS, BILLINGSLEY, SHIPLEY, RODBELL & ROSENBAUM, Riverdale,
Maryland; John Joseph Curran, Jr., Attorney General, Richard M.
Kastendieck, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Richmond v. Prison Health Servs.</u>, No. CA-95-807-N (D. Md. July 31, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2